UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JEROD E. SCHWAB,

        Defendant.

NO. CR. S-06-0027 LKK

O R D E R

Jerod E. Schwab has moved for early termination of supervised release, pursuant to a motion filed April 2, 2013 (ECF No. 55). The probation department opposes the request, based on national policy. It also suggests that the U.S. Attorney be given an opportunity to respond. The government is granted ten (10) days from the date of this order to do so.

IT IS SO ORDERED.

DATED: April 18, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1