UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JEROD E. SCHWAB,

        Defendant.
                               /

NO. CR. S-06-0027 LKK

O R D E R

The court is in receipt of Mr. Schwab's motion for early termination of his supervised release. The court is also in receipt of both the probation department and the government's response thereto.

Mr. Schwab makes an important showing that continued supervision is sufficiently burdensome as to suggest it interferes with his reentry into society, suggesting thereby that early termination is appropriate. Both the government and the probation department's response do not address Mr. Schwab's argument. The court is somewhat perplexed.

1

The court will not presently grant Mr. Schwab's motion, but rather will direct the probation department to examine his supervision and determine whether any modifications are appropriate under the totality of the circumstances. If none exist, which are consistent with its perceived duties, it shall so inform the court. If, on the other hand, some modification is appropriate, it shall also inform the court. The probation department is granted twenty (20) days to respond.

        IT IS SO ORDERED.

        DATED: May 2, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT