UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-06-0027 LKK

    Plaintiff,

  v.                                 O R D E R

JEROD E. SCHWAB,

    Defendant.
                                     /

    The court referred Mr. Schwab's motion for early termination of supervised release to the probation department to examine whether any modification of the terms of his supervised release is appropriate.

    After consideration, the department recommended a slight modification, to wit:

    6.    The defendant shall not possess or use a computer or any other device that has access to any on-line computer service *unless approved by the probation officer*. This includes any internet service provider, bulletin board

1

system, or any public or private computer service.

The modification to the terms and conditions imposed on August 28, 2007 is approved. No other modification is presently made.

IT IS SO ORDERED.

DATED: June 18, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT